IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAY, LYCIA LYNN, an individual,

    Plaintiff,

v.

                                                No. 2:17-cv-00889-KRS-SMV

TEXAS LOBO TRUCKING LLC,
a Texas Limited Liability Company, and
JOSHUA WALLING, an individual,

    Defendants.

## ORDER CONCERNING DEFENDANTS' MOTION FOR SANCTIONS

This matter, having come before the Court on Defendants' Motion for Sanctions [Doc. 58], the Court having read the briefing submitted by the parties and having heard oral argument by the parties at the hearing of this matter on October 2, 2018, and otherwise being fully advised in the premises hereby FINDS as follows:

1. Plaintiff Lycia Lynn May intentionally lied about her educational history, but that the sanction of dismissal is not appropriate in this case;

2. While Defendants suffered monetary damages as a result of Plaintiff's misrepresentations, there was no resulting prejudice to their actual defense.

It is therefore **ORDERED**:

Plaintiff shall pay Defendants' expenses in connection with their Motion for Sanctions as well as the costs associated with gathering corroborating evidence from the educational institutions Plaintiff claimed to have attended.

                                                */s/ Kevin Sweazea*
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE