IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MAY, LYCIA LYNN, an individual,

    Plaintiff,

v.

                                                        No. 2:17-cv-00889-KRS-SMV

TEXAS LOBO TRUCKING LLC,
a Texas Limited Liability Company, and
JOSHUA WALLING, an individual,

    Defendants.

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Joint Motion for Dismissal with Prejudice by Plaintiff Lycia Lynn May and Defendants Texas Lobo Trucking LLC and Joshua Walling (collectively "the Parties"), and the Court having considered the Joint Motion and being otherwise advised in the premises hereby **FINDS:**

The Parties have entered into a settlement of all issues of law and fact in this case, agreed that all claims that were asserted herein or which could have been asserted arising out of the motor vehicle accident that is the subject of Plaintiff's First Amended Complaint for Personal Injuries, by and between the parties are to be dismissed with prejudice, agreed to bear their own costs and attorneys' fees, and requested that this Court issue an order of dismissal with prejudice dismissing Plaintiff's First Amended Complaint for Personal Injuries.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:**

I.    Plaintiff's First Amended Complaint for Personal Injuries is dismissed with prejudice.

II. All claims that have been asserted or that could have been asserted arising out of the motor vehicle accident that is the subject of Plaintiff's First Amended Complaint for Personal Injuries are dismissed with prejudice.

III. The parties are to bear their own costs and attorneys' fees.

KEVIN R. SWEAZEA
United States Magistrate Judge

Submitted by:

**RILEY, SHANE & KELLER, P.A.**

 /s/ David A. Gonzales                    
Courtenay L. Keller
David A. Gonzales
3880 Osuna Road NE
Albuquerque, NM 87109
(505) 883-5030
ckeller@rsk-law.com
dgonzales@rsk-law.com
*Attorneys for Defendants*

Approved by:

**STIPE LAW FIRM**

  /s/ Approved via email on 12/10/18         
Eddie Foraker
343 East Carl Albert Pkwy
P.O. Box 1369
McAlester, OK 74502
eforaker@stipelaw.com

and

Gordon H. Rowe III
1200 Pennsylvania NE
Albuquerque, NM 87111
growe@rowelawfirmpc.com
*Attorneys for Plaintiff Lycia Lynn May*